# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Blake Williamson, | |
| Plaintiff, | CIVIL ACTION NO. 5:21-cv-00426 |
| vs. | **NOTICE OF SETTLEMENT** |
| Credit Corp. Solutions, Inc., | |
| Defendant. | |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: June 4, 2021

        Respectfully submitted,

        /s/ Russell S. Thompson, IV
        Russell S. Thompson, IV
        Thompson Consumer Law Group, PC
        11445 E Via Linda, Ste 2 #492
        Scottsdale, AZ 85259
        Telephone:  (602) 388-8898
        rthompson@ThompsonConsumerLaw.com
        Attorneys for Plaintiff