## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| Blake Williamson, | |
| Plaintiff, | CIVIL ACTION NO. 5:21-cv-00426 |
| vs. | **NOTICE OF DISMISSAL** |
| Credit Corp. Solutions, Inc., | |
| Defendant. | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: July 22, 2021

Respectfully submitted,

/s/ Russell S. Thompson, IV
Russell S. Thompson, IV
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff